UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BENNY SHABTAI and BNDD SHABTAI INVESTMENTS LLC | ) ) |
| Plaintiffs | ) CIVIL ACTION |
| | ) NO. 3:19-cv-01157 |
| VS. | ) |
| | ) |
| SHABTAI, INC. (f/k/a Eliezer, Inc.) and SAMUEL HECT, | ) ) |
| | ) |
| Defendants | ) AUGUST 15, 2019 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Benny Shabtai and BNDD Shabtai Investments LLC, through their attorney, hereby give notice that the plaintiffs' claims shall be dismissed without prejudice, and without costs or attorney's fees.

           THE PLAINTIFFS,

BY:   /s/ CT30521
William W. Bohonnon
Fed Bar #: CT30521
Gerald T. Giaimo
Fed Bar #: CT14885
Halloran & Sage LLP
265 Church Street- Suite 802
New Haven, CT 06510
Tel: 203-672-5489
Fax: 203-672-5480
Email: giaimo@halloransage.com ;
bohonnon@halloransage.com
Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2019 a copy of the foregoing Appearance was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFFS,

BY:   /s/ CT30521
William W. Bohonnon
Fed Bar #: CT30521
Gerald T. Giaimo
Fed Bar #: CT14885
Halloran & Sage LLP
265 Church Street- Suite 802
New Haven, CT 06510
Tel: 203-672-5489
Fax: 203-672-5480
Email: giaimo@halloransage.com ;
bohonnon@halloransage.com
Their Attorneys

6058668v.1